STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

LUIS FELIPE ROSA CORTES  
IRMA TERESA RODRIGUEZ RIVERA

Chapter 13

Case No. 08-07427-SEK

Attorney Name: JUAN O CALDERON LITHGOW*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [✓] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se  
[ ] Substitute _____

Date: December 15, 2008  
Time: 10:39   Track: N/A  
[ ] This is debtor(s) 1 Bankruptcy filing.  
Liquidation Value: _TBD_

Creditors: _Viera - Treasury_  
_Paulino - Money Express_

### II. Oath Administered
[ ] Yes   [✓] No

### III. Documents Filed/Provided

[✓] Schedules  
[✓] Statement of Financial Affairs (SOFA)  
[✓] Statement of Current Monthly Income (SCMI)  
[✓] Credit counseling briefing certificate (CCC)  
  [ ] Waiver requested by debtor(s)  
[✓] DSO Certificate

[ ] DSO Recipient's information  
[ ] State Tax Returns _____ [ ] Returned  
[ ] Federal Tax Returns _____ [ ] Returned  
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [ ] Closed   [ ] Not Held   [✓] Continued _01/30/09_ at _10:00 AM_

### V. Trustee's Report on Confirmation

[ ] FAVORABLE  
[ ] UNFAVORABLE

[ ] Feasibility  
[ ] Insufficiently funded  
[ ] Unfair discrimination  
[ ] Fails liquidation value test  
[ ] Fails disposable income test (I & J)  
[ ] No provision for secured creditor(s)

[ ] Treat value of collateral separately  
[ ] No provision for insurance  
[ ] Tax returns missing  
  [ ] State - years _____  
  [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)  
[ ] Evidence of income  
  [ ] Missing   [ ] Incomplete  
[ ] Stmt. of Current Monthly Income  
  [ ] Incomplete   [ ] Missing  
  [ ] Fails commitment period   [ ] Fails Disp. Income  
[ ] Certificate of Credit briefing  
  [ ] Missing   [ ] More than 180 days  
  [ ] Issuer not certified by U.S.T.  
[ ] Incomplete schedules  
[ ] Incomplete S.O.F.A.  
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

LUIS FELIPE ROSA CORTES
IRMA TERESA RODRIGUEZ RIVERA

Case No. 08-07427-SEK

Chapter 13    Attorney Name: JUAN O CALDERON LITHGOW*

**VI. Plan** (Cont.)

Date: <u>November, 28, 2008</u>  Base $ <u>15,900.00</u>   [X]  Filed   Evidence of Pmt shown: _____

Payments __/__ made out of __/__ due.   [ ]  Not Filed

**VII. Confirmation Hearing Date:** January, 23, 2009

**VIII. Attorney's fees as per R. 2016(b)**

$3,000.00 - $ 276.00  = $ 2,724.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor   [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months _____
[ ] Public Liability Insurance
    [ ] Premises_____
    [ ] Vehicle(s)_____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

**COMMENTS**

1) Debtors to correct social security + notify all parties in interest, credit companies and file a certificate of service with the Court.

_____
Trustee/Presiding Officer

Date: <u>December 15, 2008</u>

(Rev.)