IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

**In the Matter of**:

LUIS FELIPE ROSA-CORTES
IRMA TERESA RODRIGUEZ-RIVERA

Debtor(s)

Case No. 08-07427 SEK

Chapter 13

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT**:

    The undersigned, attorney for the above-named debtors, notify the Court as follows,

1.     The undersigned certifies that on December 22, 1008, copy of 'motion to inform correction of social security of joint-debtor' has been sent by regular mail to parties in this proceeding that are non participant in the CM/ECF system.

    **I HEREBY CERTIFY** that on this same date I electronically file the foregoing with the Clerk of the Court using de CM/ECF System which will send notification of such filing to the Trustee: Monsita Lecaroz, Esq. US Trustee Office, appointed trustee Alejandro Oliveras and all others appearing parties as per the Court's docket.

    In Vega Baja, Puerto Rico, on this December 22, 2008.

    s/ Juan O. Calderon-Lithgow
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476