# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:
**LUIS FELIPE ROSA CORTES**
**IRMA TERESA RODRIGUEZ RIVERA**

Case No. 08-07427-SEK
Chapter 13
Attorney Name: JUAN O CALDERON LITHGOW*

### I. Appearances

Debtor [X] Present [ ] Absent
Joint Debtor [X] Present [ ] Absent
Attorney for Debtor [X] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: January 30, 2009
Time: 11:30 AM  Track: 008
[ ] This is debtor(s) __ Bankruptcy filing.
Liquidation Value: TBD
Creditors: Romero - Money Express

### II. Oath Administered
[X] Yes   [ ] No

### III. Documents Filed/Provided

[X] Schedules
[X] Statement of Financial Affairs (SOFA)
[X] Statement of Current Monthly Income (SCMI)
[X] Credit counseling briefing certificate (CCC)
  [ ] Waiver requested by debtor(s)
[X] DSO Certificate

[ ] DSO Recipient's information
[X] State Tax Returns 04-07 [ ] Returned
[X] Federal Tax Returns 04-07 [ ] Returned
[X] Evidence of income (60 days prior to petition)

### IV. Status of Meeting  [X] Closed  [ ] Not Held  [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation
[ ] FAVORABLE
[X] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[X] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
  [ ] State - years _____
  [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
  [ ] Missing  [ ] Incomplete
[ ] Stmt. of Current Monthly Income
  [ ] Incomplete  [ ] Missing
  [ ] Fails commitment period  [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
  [ ] Missing  [ ] More than 180 days
  [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**LUIS FELIPE ROSA CORTES**
**IRMA TERESA RODRIGUEZ RIVERA**

Case No. 08-07427-SEK
Chapter 13
Attorney Name: JUAN O CALDERON LITHGOW*

### VI. Plan (Cont.)
Date: **November, 28, 2008** Base **$ 15,900.00** [X] Filed  Evidence of Pmt shown: _____
Payments 2 made out of 2 due. [ ] Not Filed

### VII. Confirmation Hearing Date: January, 23, 2009

### VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 276.00 = $ 2,724.00

### IX. Documents to be provided w/in ___ days

[✓] Amended schedules B → Doral sav/checking acct
[✓] Insurance estimate for auto loan to be paid to Coop A/C  — schedule
[ ] Assumption/Rejection executory contract
[✓] Appraisal 2008 appraisal (debtor informed he had one)
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
  [ ] Debtor [ ] Joint debtor
[✓] Other: evidence Nov-Jan 2008

[✓] Amended S.O.F.A. line 1 - include 2008 / line 10 - include $20,000 transfer
[✓] Amended plan → to provide for tax refunds to be paid into the plan
[ ] Business Documents
[ ] Monthly reports for the months _____

[ ] Public Liability Insurance
  [ ] Premises _____
  [ ] Vehicle(s) _____
[✓] Licenses issued by: IVU certificate (for prior trucking business) and IVU for current self employment with father

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

### COMMENTS
Debtors' average tax refunds with state is $4,108; however these are based on debtors' prior work as truck driver. He now earns approx $2,000 gross as handyman and providing maintenance to depts owned by his father. Debtor to amend plan to provide for tax refunds to be paid into the plan, if any.
(T) Debtors to amend plan to step up pymts. 1st mortgage is paid off in month 27 (pays $547 monthly)

Trustee/Presiding Officer

Date: January 30, 2009
(Rev.

Case:08-07427-MCF13 Doc#:19 Filed:01/30/09 Entered:01/30/09 14:40:34 Desc: Main
Document Page 3 of 3

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re: Luis Felipe Rosa Cortés
Irma T. Rodriguez Rivera

Case No. 08-07427-SEK

Chapter 13

| COMMENTS |
|---|
| (3) Amend plan to indicate account number of Doral loan with arrears |
| (4) Amend plan to provide that debtors will make direct payments on first and second mortgage |
| (5) Debtors to amend Schedule C to claim exempt under 522(d)(1) for $40,400 |
| (6) Amend Schedule B to exclude 1998 Ford Explorer because it belongs to daughter and amend Schedule C to delete exemption taken for this vehicle |
| (7) Amend Schedule J to reduce transp expenses and include tax expense for self employment |

_____
Presiding Officer

3/3

1/30/09
_____
Date