IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>**LUIS FELIPE ROSA CORTES** AND **IRMA TERESA RODRIGUEZ RIVERA**<br>DEBTOR<br><br>DORAL BANK, AS SERVICING AGENT OF DORAL MORTGAGE<br>MOVANT<br><br>vs.<br>**LUIS FELIPE ROSA CORTES; IRMA TERESA RODRIGUEZ RIVERA** AND **ALEJANDRO OLIVERAS RIVERA,**<br>TRUSTEE<br>RESPONDENTS | Case No. 08-07427 SEK<br><br>Chapter 13<br><br>Index<br><br>☒ of acts against property under §362(d)(1) "FOR CAUSE" |

## NOTICE ON MOTION FOR RELIEF OF STAY UNDER 11 USC § 362

You are hereby notified that on 06/07/2011 the above movant filed the enclosed Motion seeking relief from the automatic stay of 11 USC § 362.

(Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be filed forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance).

You must file an answer to the motion within **Fourteen (14) days** from the service of this notice, and serve such answer upon movant or its attorney, **SERGIO RAMÍREZ DE ARELLANO LAW OFFICE** whose address is Banco Popular Center, 10th Floor Suite 1022, 209 Muñoz Rivera Avenue, San Juan, Puerto Rico 00918-1009, (787) 765-2988 Fax (787) 765-2973

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer if file, then 06/24/2011, at 8:30 A.M. at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 RECINTO SUR., 2nd FLOOR, COURTROOM #1, OLD SAN JUAN, PR, is fixed as the time and place for the hearing on such motion.

MARÍA DE LOS ÁNGELES GONZÁLEZ, ESQ.
Clerk of Court

By: /S/Eduardo Bujosa

Issued: 06/08/2011

