IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:

LUIS FELIPE ROSA CORTES
IRMA TERESA RODRIGUEZ RIVERA

Debtor(s)

Case No. **08-07427 SEK**

Chapter 13

## OPPOSITION TO LIFT OF STAY

**TO THE HONORABLE COURT**:

The debtor, by means of the undersigned counsel, represents as follows:

1. On June 7, 2011 secured creditor Doral Bank filed a motion requesting the lift of stay regarding property financed by movant.

2. Debtors admitted that they were in arrears for the month of May and June, but already paid the month of May and will pay June next week. (20-24). Debtors will provide evidence of payments in 5 days with a detail of post confirmation payments..

**WHEREFORE**, Debtors pray to the Honorable Court to take notice of the informed above and deny motion requesting lift of stay.

**I HEREBY CERTIFY**, that on this same date a true and exact copy of the foregoing has been filed with the Clerk of the Court using CM/ECF which will notify the trustee and movant.

**RESPECTFULLY SUBMITTED** in Vega Baja, Puerto Rico, this June 17, 2011.

s/ Juan O. Calderon Lithgow
**JUAN O. CALDERÓN LITHGOW**
Attorney for Debtor, 205607
P.O. Box 1710
Vega Baja, PR 00694-1710
Tel.: 858-5476